**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **PRM Development, LLC**            Case No.  **10-35547-HDH-11**

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PRM Caribbean, LLC<br>118 N. Clinton St., #LL366<br>Chicago, IL 60661 | | Payments made on behalf of Debtor | | $8,043.10 |
| PRM USVI Residential, LLC<br>118 N. Clinton St., #LL366<br>Chicago, IL 60661 | | Payments made on behalf of Debtor | | $2,681.03 |
| PRM Hans Lollik Development, LLC<br>118 N. Clinton St., #LL366<br>Chicago, IL 60661 | | Payments made on behalf of Debtor | | $74.05 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   **PRM Management of Illinois, Manager**   of the   **Corporation**   named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **08/09/2010**              Signature:  **/s/ Peter R. Morris, President**
                                   *Peter R. Morris, President*
                                   **PRM Management of Illinois, Manager**