**John P. Lewis, Jr.**
**Texas State Bar No. 12294400**
**1412 Main Street, No. 210**
**Dallas, Texas 75202**
**Telephone: 214-742-5925**
**Facsimile:  214-742-5928**
**Email: jplewisjr@mindspring.com**

**Attorney for Liberty Bankers Life Insurance Company**
**and Winnfield Life Insurance Company, Secured Creditors**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **PRM DEVELOPMENT, LLC,** § | **CASE NO. 10-35547-hdh-11** |
| § | |
| **ECONOMETRIC MANAGEMENT, INC.,** § | **CASE NO. 10-35551-hdh-11** |
| § | |
| **HANS LOLLICK LAND COMPANY,** § | **CASE NO. 10-36161-hdh-11** |
| **LLLP,** § | |
| § | **CASE NO. 10-36159-hdh-11** |
| **LITTLE HANS LOLLIK HOLDINGS, LLP** § | |
| § | **(Jointly Administered)** |
| **Debtors.** § | |
| § | **HEARING DATE: April 20, 2011** |
| § | **TIME: 2:00 P.M.** |

### SECURED CREDITORS' WITNESS AND EXHIBIT LIST FOR HEARING ON
### CONFIRMATION OF COMPETING REORGANIZATION PLANS
### [Relating to Docket Nos. 115 and 118]

Liberty Bankers Life Insurance Company and Winnfield Life Insurance Company (collectively, "Secured Creditors") designate the following potential witnesses and exhibits for use during the hearings on confirmation of (a) Lender's Liquidating Joint Plan of Reorganization [Docket No. 115] and (b) Debtors' Amended Joint Plan of Reorganization [Docket No. 118] currently scheduled for April 20, 2011, at 2:00 p. m. Secured Creditors reserve the right to amend, modify, or supplement such designations as appropriate in accordance with the rules.

**SECURED CREDITORS' WITNESS AND EXHIBIT LIST - PAGE 1**

## POTENTIAL WITNESSES

1. Brad Phillips
2. James C. Merrill, MAI
3. Peter R. Morris
4. Bruce R. Tizes
5. Richard Blumberg
6. Mike Meyer
7. Julie Linares
8. Kevin S. Wiley
9. Gerrit M. Pronske
10. Any witnesses designated by any of the Debtors or any other party in interest
11. Any rebuttal witnesses

## POTENTIAL EXHIBITS

| Exhibit Designation | Description |
|---|---|
| Ex 1 | EMI's Bankruptcy Schedules [Docket No. 24] – by judicial notice |
| Ex 2 | EMI's Statement of Financial Affairs [ Docket No. 25] – by judicial notice |
| Ex 3 | EMI's Amended Statement of Financial Affairs [Docket No. 35] – by judicial notice |
| Ex 4 | Disclosure of Compensation of EMI Debtor's Attorney [Docket No. 26] – by judicial notice |
| Ex 5 | List of EMI Equity Security Holders [Docket No. 27] – by judicial notice |
| Ex 6 | EMI's Statement of Current Income [Docket No. 28] – by judicial notice |
| Ex 7 | EMI's Application to Employ Linares Law Firm [Docket No. 40] – by judicial notice |
| Ex 8 | Order Granting Relief From Automatic Stay Entered in Case No. 10-35551-sjg-11 (In re Econometric Management, Inc.) [Docket No. 45] |
| Ex 9 | Transcript of EMI Stay Hearing [Docket No. ] – By judicial notice |

| | |
|---|---|
| Ex 10 | PRM's Bankruptcy Schedules [Docket No. 12] – by judicial notice |
| Ex 11 | PRM's Statement of Financial Affairs [ Docket No. 13] – by judicial notice |
| Ex 12 | PRM's Amended Schedules [Docket No. 42] – by judicial notice |
| Ex 13 | PRM's List of Equity Security Holders [Docket No. 15] – by judicial notice |
| Ex 14 | PRM's Statement of Current Income [Docket No. 16] – by judicial notice |
| Ex 15 | Bankruptcy Schedules and Statement of Financial Affairs filed by Little Hans Lollik Holdings, LLP in Case No. 10-36159-bjh-11 [Docket Nos. 15 and 16 ] – by judicial notice |
| Ex 16 | Little Hans Lollik Holdings, LLP Statement of Current Income [Docket No. 18] – by judicial notice |
| Ex 17 | Little Hans Application to Employ Pronske & Patel [Docket No. 21] – by judicial notice |
| Ex 18 | Bankruptcy Schedules and Statement of Financial Affairs filed by Hans Lollick Land Company, Limited Liability Limited Partnership in Case No. 10-36161-bjh-11 [Docket Nos. 15 and 16 ] – by judicial notice |
| Ex 19 | Hans Lollick Land Company Statement of Current Income [Docket No. 18] – by judicial notice |
| Ex 20 | Hans Lollick Land Company Application to Employ Pronske & Patel [Docket No. 21] – by judicial notice |
| Ex 21 | Debtors' Monthly Operating Reports – by judicial notice |
| Ex 22 | Lender's Liquidating Plan of Reorganization for EMI and PRM [Docket No. 115] – by judicial notice |
| Ex 23 | Secured Creditors' Acceptance of Lender's Liquidating Plan of Reorganization for EMI and PRM [Docket No. 132] – by judicial notice |
| Ex 24 | Claims Registers in EMI, PRM, Big Hans, and Little Hans Cases – by judicial notice |
| | Demonstrative Charts, Summaries, and Illustrations |
| | Any exhibits designated by any of the Debtors or any other party in interest |
| | Any exhibits used for rebuttal or impeachment |

Dated: April 15, 2011                              Respectfully submitted,

                                                   */ s / John P. Lewis, Jr.*
                                                   John P. Lewis, Jr.
                                                   Texas State Bar No. 12294400
                                                   1412 Main Street, Suite 210
                                                   Dallas, Texas 75202
                                                   Telephone:  (214) 742-5925
                                                   Facsimile:   (214) 742-5928
                                                   Email: jplewisjr@mindspring.com

                                                   Attorney for Liberty Bankers Life Insurance Company and Winnfield Life Insurance Company

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Witness & Exhibit List was served upon by electronic noticing and email transmission on April 15, 2011, upon (a) the Office of the United States Trustee, 9th Floor, U.S. Courthouse and Federal Building, 1100 Commerce Street, Texas 75242, (b) Julie Ann Linares, Esq., 2911 Turtle Creek Blvd., Suite 300, Dallas, Texas 75219, and Kevin S. Wiley, Jr., Attorneys for Econometric Management, Inc., and (c) Gerrit M. Pronske, Esq., Pronske & Patel, P.C., Suite 5350, 2200 Ross Avenue, Dallas, Texas 75201, Attorneys for PRM Development, LLC, Hans Lollick Land Company, LLLP, and Little Hans Lollik Holdings, LLP.

                                                   */s / John P. Lewis, Jr.*